UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Johnny Rice

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Holycross Hospital

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

RECEIVED

OCT 2 4 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-10020
Judge Matthew F. Kennelly
Magistrate Judge M. David Weisman
PC5

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

✓ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: Johnny Rice

B. List all aliases: _____

C. Prisoner identification number: 20160609022

D. Place of present confinement: C.C.D.O.C.

E. Address: 2700 S. California Chgo IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Holy Cross Hospital

Title: Doctor

Place of Employment: Holy Cross Hospital

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.  Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 6/15/16 at 7203 S. Hermitage Chgo Il 12pm i was Rushed to Holy Cross Hospital to be treated for Dog Bites because i was Attacked by A Pitbull. The Doctors At Holy Cross stitched My Dog Wounds. on July 8, 2016 i was being Processed into the Cook County Jail During My Medical Screening the Doctors in Cermak Health Care seen that My Dog Bites was stitched Up they immediately Rushed Me to Strogers Hospital where i was admitted for 4 days due to Bone Infection Because Bite wounds by dogs are not suposed to be stitched up. i suffered extreme pain and almost lost a foot due to the error the Doctor at Holy Cross made.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Suspend the Doctor license And pay me For pain and suffering / mental Anguish

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  12  day of  10 , 20 16

X Johnny Rice
(Signature of plaintiff or plaintiffs)

Johnny Rice
(Print name)

20160609022
(I.D. Number)

2700 S. California
Chgo Il, 60608
(Address)

Johnny Rice
20160609022 D-2M
P.O.B. 089002
Chicago IL 60608

Correspondent United States District Court
219 S. Dearborn Street Chicago IL 60604

1:16-cv-10020
Judge Matthew F. Kennelly
Magistrate Judge M. David Weisman
PC5